UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60436-CV-DIMITROULEAS

JOSE MIGUEL REYES BENITEZ,
(Alien No: 206510251),

    Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, GARRETT RIPA, FIELD OFFICE DIRECTOR, MIAMI ERO, ICE,

    Respondents.
_____/

### ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Jose Miguel Reyes Benitez ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed February 17, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **February 25, 2026**, Respondents shall file a response to the Petition. Petitioner may file a reply on or before March 4, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of February, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov